ROSALIE HENRY, PETITIONER-RESPONDENT, v. ORANGE ROLLER BEARING COMPANY, RESPONDENT-PETITIONER.

*Messrs. Pindar, McElroy, Connell & Foley* for the petitioner.

*Mr. Harvey A. Lieb* and *Mr. Frank Fink* for the respondent.

July 1, 1965. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. ODELL PORTEE, DEFENDANT-RESPONDENT.

*Mr. Brendan T. Byrne* and *Mr. Philip R. Glucksman* for the petitioner.

*Mr. Maurice R. Strickland* for the respondent.

July 1, 1965. Granted.